## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Jorge Pulido                                     Case No. 14-34747-AJC
                                                 Chapter 13
Carmen Pulido


_____ Debtors    /


## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)    ☐    No further action is necessary.

2)    The following actions have been taken:

      ☒    The debtor has filed an objection to the proof of claim filed by
           _Cach, LLC (Claim #5)____.

      ☐    The debtor has filed a _____amended plan or modified plan to provide
           for the proof of claim filed by _____.

      ☐    Other: _____
           _____
           _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on _February 19, 2016____.


                          Submitted by:_
                          **ROBERT SANCHEZ, P.A.**
                          Attorney for Debtor
                          355 W 49th Street
                          Hialeah, FL 33013
                          Tel. (305) 687-8008


                          By:*/s/Robert Sanchez*_____
                           Robert Sanchez, Esq., FBN#0442161


LF-76 (rev. 12/01/09)