# CACH, LLC

## Withdraw Proof of Claim

### JORGE PULIDO

CACH, LLC having purchased account number ending in 6241 from GE MONEY BANK hereby withdraws its proof of claim filed on the aforementioned debt in the amount of $4328.47. Bankruptcy case number 14-34747; Claim number 5 filed on 01/30/2015. Feel free to contact me with any questions or concerns.

Best regards,

*[signature]*

John Ashton- Authorized Agent

Dated: 2/29/2016

*[signature]*

Notary Public

3/19/2016

Commission Expires

EDNA D CRUZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20084009947
MY COMMISSION EXPIRES MARCH 19, 2016

4340 S Monaco St. 2nd Fl., Denver, CO 80237 • (800) 478-5541 • Fax: (303) 713-2509