UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                          Case No. 14-34747-AJC
Jorge I Pulido
Carmen R Pulido
    Debtor(s).                                                    Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On November 7, 2014 the instant case was filed.

2. On May 28, 2015 Debtors' First Amended Chapter 13 plan was confirmed.

3. In Debtors' confirmed plan, the debtor was participating in this Court's Mortgage Mediation Modification program.

4. The Debtors were awarded a final loan modification and an Order granting the Motion to Approve Loss Mitigation/Mortgage Modification Agreement with Lender American General Home Equity, Inc. was entered on November 3, 2016.

5. Debtors desire to modify their plan in order to provide for the new payment outside the bankruptcy plan and directly to the Lender.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtors' First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional

qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on November 11, 2016: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161