**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**2d modified plan**

DEBTOR: Jorge Pulido          JOINT DEBTOR: Carmen Pulido          CASE NO.: 14-34747-AJC
Last Four Digits of SS# 8804          Last Four Digits of SS# 7519

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 37 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,684.61   for months 1 to 25 ; in order to pay the following creditors:
    B.    $ 246.31      for months 26 to 37       ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 +1800 (MMM Motion) + $525 (Motion to Modify) = 5975 TOTAL PAID $1500
    Balance Due   $ 4475  payable $ 75.84 /month (Months 1 to 25);
    payable $ 214.92 /month (Months 26 to 37)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. NationStar Mortgage, LLC
Address: 350 Highland Drive          Lmm Payment   $ 1518.22   /month (Months 1 to 25)
Lewisville, TX 75067
Account No: xxxx5758

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None          Total Due $_____
    Payable   $_____ /month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 43.14/month (Months 1 to 25) and Pay $ 6.76 /month (Months 26 to 37).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor World Omni and will continue to pay said creditor outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. **"The Debtor has filed a Verified Motion for Referral to LMM with Nation Star Mortgage ("Lender"), loan number xxxx5758, for real property located at 400 West 45 Place, Hialeah, FL 33012. The Debtors were granted a final loan modification and desire to pay it outside the plan and directly to the lender."**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez, Esq.                    /s/ Robert Sanchez, Esq.
Debtor                                                     Joint Debtor
Date: 12/19/2016                                Date: 12/19/2016

LF-31 (rev. 01/08/10)